

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      *Warwick Oil & Gas, Inc., Warwick Oil & Gas, Inc., Reserve Royalty Corporation, Thomas Christopher Knowles, and Fran Michael v. FBS Properties, Inc.*

Appellate case number:    01-14-00290-CV

Trial court case number:  2012-33816

Trial court:              164th District Court of Harris County

It is **ordered** that Appellants' Motion for Rehearing is denied.

Judge's signature: /s/ Rebeca Huddle
                ☐ Acting individually    ☑ Acting for the Court

Panel consists of: Justices Keyes, Huddle, and Lloyd.

Date: August 25, 2015